IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO JAVIER CARRANZA,

    Petitioner,                    No. CIV S-08-2479 MCE CHS P

    vs.

JAMES WALKER,

    Respondent.               ORDER

_____/

        Petitioner, Francisco Carranza, is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On March 23, 2010, Carranza filed a motion for an extension of time to file his traverse. This is Carranza's fourth request for an extension of time. While there appears to be good cause to grant his request, Carranza is advised that future extensions of time may not be granted absent a showing of extraordinary circumstances.

        Good cause appearing, IT IS ORDERED that:

        1. Petitioner's March 23, 2010, request for an extension of time is granted; AND

        2. Petitioner has thirty (30) days from the date of this order in which to file his traverse.

DATED: March 30, 2010

                                    CHARLENE H. SORRENTINO
                                    UNITED STATES MAGISTRATE JUDGE

1